IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID HARE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-0450(RMU) |
| OFFICE OF INSPECTOR GENERAL, | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant notifies the Court and Plaintiff of the entry of appearance of Assistant United States Attorney Blanche L. Bruce as lead counsel for the Defendant U.S. Department of Labor - Office of Inspector General (OIG) for the purpose of any response ordered by the Court pursuant to 12 U.S.C. § 3410 (b).

Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)